FILED

07/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0064

_____

MONTANA ENVIRONMENTAL INFORMATION CENTER and SIERRA CLUB,

      Plaintiffs and Appellees,

      v.

MONTANA, DEPARTMENT
OF ENVIRONMENTAL QUALITY,

      Respondent and Appellants
and

MONTANA BOARD OF ENVIRONMENTAL REVIEW, WESTERN ENERGY CO., NATURAL RESOURCE PARTNERS L.P., INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 400, and NORTHERN CHEYENNE COAL MINERS ASSOCIATION,

      Respondents

and

MONTANA BOARD OF ENVIRONMENTAL REVIEW

      Respondent and Appellant

ORDER GRANTING LEAVE TO FILE OVERLENGTH
OPENING BRIEFS

Upon consideration of the unopposed motion by Joint Movants, pursuant to Mont. R. App. P. 12(1), for leave for DEQ and Petitioner/Appellees Montana Environmental Information Center and Sierra Club (collectively, "MEIC") to respectively file overlength opening and answering briefs, not to exceed 15,000 words, and for leave for Westmoreland to file an overlength opening brief, not to exceed 12,000 words, and good cause appearing therefore, it is hereby ORDERED that the motion is granted; and it is further ORDERED that DEQ and MEIC may file expanded opening and answer briefs of 15,000 words and Westmoreland may file an expanded opening brief of 12,000 words.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 5 2022